# United States Court of Appeals
# for the Federal Circuit

---

**LIGHTGUARD SYSTEMS, INC.,**
*Plaintiff-Appellant,*

**v.**

**SPOT DEVICES, INC.,**
*Defendant-Appellee.*

---

2012-1572

---

Appeal from the United States District Court for the District of Nevada in No. 10-CV-0737, Judge Larry R. Hicks.

---

## JUDGMENT

---

ADAM P. MCMILLEN, Watson Rounds, PC, of Reno, Nevada, argued for plaintiff-appellant. With him on the brief were MICHAEL D. ROUNDS and STEVEN A. CALOIARO.

STEVEN D. HEMMINGER, Alston and Bird, LLP, of Menlo Park, Colorado, argued for defendant-appellee. With him on the brief was XAVIER M. BRANDWAJN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  March 7, 2013  | /s/ Jan Horbaly |
| :---: | :---: |
| Date | Jan Horbaly |
| | Clerk |